# Rhuie Tackett, Appellant, v. Inland Steel Company et al., Appellees.

Jan. 16, 1940.

Wheeler & Wheeler for appellant.

J. Woodford Howard for appellee Inland Steel Co.

E. L. Allen for other appellee.

OPINION OF THE COURT BY JUDGE REES—Affirming.

The issues presented by this case and by the case of Arthur Tackett v. Inland Steel Company et al., 281 Ky. 313, 136 S. W. (2d) 25, this day decided, are the same, and, on the authority of the latter case, the judgment is affirmed.